# Exhibit "G"

# Dr. Cox Report