# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**GARY LOTT**  PLAINTIFF

v.  CIVIL ACTION NO. 2:16-CV-96-KS-MTP

**BRIAN J. ADKISON,** *et al.*  DEFENDANTS

## ORDER

On May 26, 2017, Defendants filed a Motion to Exclude [69] the testimony of Plaintiff's accident reconstruction expert and a Motion for Summary Judgment [71]. Plaintiff filed a Motion to Strike [72] the testimony of Defendants' toxicology expert and all evidence of post-mortem toxicological concentrations in the decedent's blood sample.

All responses to these motions shall be filed on or before **June 9, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a). All replies must be filed within seven days of the filing of the relevant response, but no later than **June 16, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a).

If any party wants an extension of time, they must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Original and reply memoranda shall not exceed a combined total of thirty-five (35) pages per each motion, and responses shall not exceed thirty-five (35) pages each. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED this  30th    day of May,  2017.


		 s/Keith Starrett
		UNITED STATES DISTRICT JUDGE